UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Raymond L. Semler,

        Plaintiff,

v.                                                         Civil No. 07-4252 (JNE/RLE)
                                                         ORDER

Donna Finch,

        Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Raymond L. Erickson, Chief United States Magistrate Judge, on August 11, 2008. The magistrate judge recommended that Defendant's motion to dismiss be granted. Plaintiff objected to the Report and Recommendation, and Defendant responded. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1.     Defendant's Motion to Dismiss the Complaint [Docket No. 7] is GRANTED.

2.     This case is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 3, 2008

                                                                      s/ Joan N. Ericksen
                                                                      JOAN N. ERICKSEN
                                                                      United States District Judge